Christa L. Collins (admitted *pro hac vice*)
Florida Bar No: 0381829
service.clc@harmonparkerlaw.com
clc@harmonparkerlaw.com
HARMON PARKER, P.A.
110 North 11th Street - 2nd Floor
Tampa, Florida 33602
Tel: (813) 222-3600
Fax: (813) 222-3616

J. Andrew Meyer (admitted *pro hac vice*)
andrew@jandrewmeyer.com
J. ANDREW MEYER, P.A.
15565 Gulf Boulevard
Redington Beach, Florida 33708
Tel: (727) 709-7668

David C. Parisi (162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, California 90405
Tel: (818) 990-1299
Fax: (818) 501-7852

*Attorneys for Plaintiff Barbara Seldin, on her own behalf, and on behalf of all others similarly situated*

**IN THE UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARBARA SELDIN, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>HSN, INC. and INGENIOUS DESIGNS, LLC,<br><br>Defendants. | CASE NO.: 17-cv-2183-AJB-MDD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1  Plaintiff Barbara Seldin, on her own behalf, and on behalf of all others
2  similarly situated ("Plaintiff"), by her attorneys, and pursuant to Rule
3  41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that the
4  above-captioned action is voluntarily dismissed, without prejudice, against the
5  defendants, HSN, Inc. and Ingenious Designs, LLC.

Dated: August 15, 2018                By:  /s Christa L. Collins
                                           Christa L. Collins

                                      Christa L. Collins (admitted *pro hac vice*)
                                      Florida Bar No: 0381829
                                      service.clc@harmonparkerlaw.com;
                                      clc@harmonparkerlaw.com
                                      HARMON PARKER, P.A.
                                      110 North 11th Street - 2nd Floor
                                      Tampa, Florida 33602
                                      Tel: (813) 222-3600
                                      Fax: (813) 222-3616

                                      J. Andrew Meyer (admitted *pro hac vice*)
                                      andrew@jandrewmeyer.com
                                      J. ANDREW MEYER, P.A.
                                      15565 Gulf Boulevard
                                      Redington Beach, Florida 33708
                                      Tel: (727) 709-7668

                                      David C. Parisi (162248)
                                      dcparisi@parisihavens.com
                                      Suzanne Havens Beckman (188814)
                                      shavens@parisihavens.com
                                      PARISI & HAVENS LLP
                                      212 Marine Street, Suite 100
                                      Santa Monica, California 90405
                                      Tel: (818) 990-1299
                                      Fax: (818) 501-7852

                                      *Attorneys for Plaintiff Barbara Seldin, on her own behalf, and on behalf of all others similarly situated*

Plaintiff's Notice of Voluntary Dismissal Without Prejudice          CASE NO.: 17-cv-2183-AJB-MDD